UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 3:02CR274 (SRU) |
| | : |
| MANUEL POLANCO and | : March 14, 2005 |
| JOSE ANIBAL MENDEZ | : |

## GOVERNMENT'S MOTION TO DISMISS

Comes now, the United States, by and through its undersigned counsel, to move for dismissal of Count Five of the Indictment in the above-captioned matter. In support of this motion, the government respectfully represents the following:

1. The 1992 Acura Legend bearing Connecticut license plate 810-RGH and registered to one Roberto Torres was administratively forfeited on May 28, 2003.

WHEREFORE, because the specific property set forth in Count Five of the Indictment in the instant matter has already been disposed of pursuant to the rules and regulations pertinent to administrative forfeiture, and the Government does not have any substitute assets to pursue, it is respectfully requested that Count Five of the instant Indictment be dismissed.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY
FEDERAL BAR NO. ct# 05087

2

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing has been mailed, this 14th day of March, 2005 to:

Jose Anibal Mendez
#14877-014
FCI Ft. Dix
P.O. Box 38
Ft. Dix, NJ 08640

Richard S. Cramer
Attorney at Law
449 Silas Deane Highway
Wethersfield, CT 06109

_____
JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY