UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN -6  A 11: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MANUEL POLANCO,
      Petitioner,

                    CASE NO.

-vs-

UNITED STATES OF AMERICA,
      Respondent.

MOTION FOR THE COURT TO APPOINT COUNSEL
FOR THE PETITIONER DUE TO PETITIONER'S INDIGENT STATUS

**COMES NOW** the petitioner and respectfully moves the Honorable Court Stefan R. Underhill to appoint counsel for the petitioner concerning the issues of mistreatment towards the petitioner at Wyatt Detention Center the reasons are stated within.

    1. The petitioner upfront would like to thank the court for forwarding the correspondence sent to the petitioner to Richard S. Cramer and Gary Weinberger.

    2. To date the only response received by the petitioner was from Richard S. Cramer, that states he represented me only on the criminal matter and was not retained to rectify any conditions at Wyatt.

    3. The petitioner asserts that Gary Weinberger has not responded to the petitioner concerning the conditions at Wyatt.

    4. The petitioner ask the court respectfully to appoint counsel for the petitioner due to the fact the petitioner is indigent and does not have the funds to retain an attorney to handle the petitioner's issues and claims. The petitioner knows

that this is an unusual request and respectfully ask the court to help the petitioner reach the ends of justice.

5. The petitioner respectfully ask the court to send the petitioner a copy of the letter petitioner sent the clerk on April 8, 2004, complaining of the conditions of Wyatt Detention Center to the Honorable Judge Underhill. The return receipt was signed by Kate G. Horsley.

In conclusion please permit me to thank you in advance for that of your time and that of your most kind and immediate attention towards this procedural request.

Done this ___ day of May 2005 at FCI FORT DIX, NJ.

Respectfully submitted,

*Manuel Polanco*
MANUEL   POLANCO

### CERTIFICATE OF SERVICE

I MANUEL POLANCO do hereby certify that the original plus one copy of motion for appointment of counsel was sent to the clerk's office upon the address of U.S. DISTRICT COURT, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604 by U.S. first class mail this ___ day of May 2005.

*Manuel Polanco*
MANUEL   POLANCO

2