IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 JAN 30  P 1: 04

U.S. DISTRICT COURT
BRIDGEPORT CONN

MANUEL PALANCO,        :
    Petitioner,          :
               :
               :
v.                     :   Dock. No. 3:02 CR 274 (SRU)
               :
               :
UNITED STATES OF AMERICA,  :
    Respondent.          :

## LETTER MOTION

### Motion For The Court To Apprise The Petitioner About The Status Of His § 2255 And The Meaning Of Docket Entry # 77

COMES NOW, the Petitioner to move the Court to apprise Petitioner of the status of § 2255, also the meaning of Docket Entry # 77, because it does not say what was terminated.

(1) The Petitioner has never received an order stating that his § 2255 has been dismissed.

(2) Docket Entry # 77 is vague because it does not state what was terminated as to the Petitioner.

(3) The Petitioner respectfully ask the Court to send the Petitioner documentation as to the status of § 2255 also Docket Entry # 77.

Done this 20th day of January 2006, at FCI Fort Dix, New Jersey.

Respectfully submitted,

Manuel Palanco
Manuel Palanco

## CERTIFICATE OF SERVICE

I, Manuel Palanco, do hereby certify that the original plue one copy of letter motion asking for status of § 2255 also the meaning of Docket Entry # 77, was sent to the Clerk's office upon the address of U.S. District Court, U.S. courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, by U.S. First Class mail, this 20th day of January 2006.

Manuel Palanco

2