IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2006 APR -6  P 4:21

MANUEL PALANCO,
    Petitioner,

vs.

UNITED STATES OF AMERICA,
    Respondent.

Case No. 3:02-CR-274

Hon. Judge Stefan R. Underhill

MOTION FOR THE COURT TO APPOINT
COUNSEL

Comes now the Petitioner to file this motion for appointment of counsel the reasons are stated within.

(1) The Petitioner respectfully ask the court to appoint counsel to the Petitioner. The Petitioner Palanco needs an attorney to help him file a habeas corpus 2241 action on the detention facility at Rode Island Wyatt Detention Center for the inhumane treatment he received while being housed there.

(2) The Petitioner makes this request due to the fact that he is not an attorney and he needs the advice of counsel to guide him through this process.

(3) The Petitioner Palanco is indigent has no family in this country and will be deported. The Petitioner respectfully ask for leave to proceed informa pauperis before the court so that counsel can be appointed to assist the Petitioner with his concerns.

Done this 2nd day of April 2006 at FCI Fort Dix NJ 08640.

Respectfully Submitted
/s/ Manuel Palanco
Manuel Palanco

CERTIFICATE OF SERVICE

I Manuel Palanco do hereby certify that the original plus 1 copy of motion for appointment of counsel was sent to the clerks office upon the address of U.S. District Court U.S. Courthouse 915 Lafayette Boulevard, Bridgeport Connecticut 06604 by First Class Mail this 2nd day of April 2006.

/s/ Manuel Palanco
Manuel Palanco