Clerk's Office                          Manuel Palanco
U.S. District Court                     Reg. No. 14878-014
915 Lafayette Bouldvard                 FCI Fort Dix
Bridgeport, Connecticut                 P.O. Box 38
　　　　06604                            Fort Dix, New Jersey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 08640

AUG 28 2006

　　　　　　　　　　August 18th 2006

RE: Palanco v. United States
Civil No.:   3:04-CV-0992(SRU)
Crim. No:    3:02-CR-00274

[Stamp: United States District Court, District of Connecticut, FILED 8-28 20 06, Kevin F. Rowe, Clerk, By /s/ Deputy Clerk]

MOTION LETTER

Dear Clerk:

　　This letter comes pursuant to my need to know what the status of my § 2255 appeal is.

　　It has been months since I have heard anything from the district court. Could you please send me a copy of an updated docket sheet along with information concerning my case.

　　Please allow me to thank you for that of your time and that of your most kind and immediate attention towards this procedural request.

　　Done this 18th day of August at FCI Fort Dix, New Jersey, 08640.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Manuel Palanco
　　　　　　　　　　　　　　　　　　　　[Signature]

## CERTIFICATE OF SERVICE

I, **MANUEL PALANCO**, do hereby certify that the original plus one copy of **Letter Motion** in request of status of § 2255 appeal and a copy of an updated docket sheet was sent to the Clerk's Office upon the address of U.S. District Court, 915 Lafayette Bouldvard, Bridgeport, Connecticut, 06604 by U.S. First Class Mail this 18th day of August 2006.

[Signature] *Manuel Palanco*

Manuel Palanco