Office of the Clerk			Manuel Polanco
U.S. District Court			Reg. No. 14878-014
U.S. Courthouse				FCI. Fort Dix
915 Lafayette Boulevard			P.O. Box 38
Bridgeport, Connecticut 06604		Fort Dix, NJ. 08640

September 27, 2006				3:02CR274(SRU)

RE:   3:04-CV-1018 (SRU)

### LETTER MOTION

Dear Clerk,

   The Petitioner in this case has asked the Court for the Status of § 2255 at least 4 or 5 times. The Court has responded in turn by sending each time a copy of the docket sheet which shows nothing of the Status of § 2255.

   The Petitioner at this time would as the Court what exactly happened to the § 2255 motion the docket sheet is unclear as to what happened. I don need another docket sheet. What I need is for the Court to explain exactly what happened to the § 2255.

   Please allow me to thank you for that of your time and that of your most kind and immediate attention towards this procedural request.

					Respectfully Submitted,

					/s/ Manuel Polanco
					Manuel Polanco.

## CERTIFICATE OF SERVICE

I Manuel Polanco do hereby certify that the original copy of Letter Motion for the Court explain what exactly happened to the § 2255 filed with the Court was sent to the Clerk's Office upon the address of U.S. District Court U.S. Courthouse 915 Lafayette Blvd, Bridgeport, Connecticut 06604 by U.S. First Class Mail this 27th day of September 2006.

Dated: Sept. 27th, 2006         /S/ *Manuel Polanco*
                                    Manuel Polanco.